54353. D. L. W. v. STATE OF GEORGIA.

WEBB, Judge.

This is an appeal from an order of commitment in the Juvenile Court of Cobb County resulting from a charge of criminal attempt to commit robbery. The sole enumeration of error is that the court erred in overruling the motion for directed verdict of acquittal.

"[I]n reviewing the overruling of a motion for

directed verdict of acquittal we will utilize the standard used in reviewing the overruling of a motion for new trial on the ground that the verdict is contrary to the evidence; i.e., the 'any evidence' test." *Bethay v. State,* 235 Ga. 371, 375 (219 SE2d 743) (1975).

The evidence was sufficient to support the finding of delinquency and the commitment to the Division of Children & Youth, and accordingly the judgment is affirmed.

*Judgment affirmed. Deen, P. J., and Birdsong, J., concur.*

SUBMITTED SEPTEMBER 6, 1977 — DECIDED SEPTEMBER 19, 1977.

*Dupree & Staples, Barry Staples,* for appellant.
*James F. Morris, Solicitor,* for appellee.